

# In the Missouri Court of Appeals
## Eastern District

OCTOBER 20, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.   ED101181   STATE OF MISSOURI, RES V KENNETH HART, APP

2.   ED101222 STATE OF MISSOURI, RES V ROBERT RICE, APP

3.   ED101620 STATE OF MISSOURI, RES V ROBERT D. BETHEL, APP

4.   ED101721 STATE OF MISSOURI, RES V SCOTT G. PRATT, APP

5.   ED101923 STATE OF MISSOURI, RES V AVONTE STOKES, APP

6.   ED102051 STATE OF MISSOURI, RES V THOMAS A. MILLER, APP

7.   ED102102 STATE OF MISSOURI, RES V MICHAEL E. HOWARD, APP

8.   ED102162 STATE OF MISSOURI, RES V JOHN MARSHALL, APP

9.   ED102250 STATE OF MISSOURI, RES V DENNIS RAY NASH, APP

10.   ED102341 ANTONIO RICE, APP V STATE OF MISSOURI, RES



# In the Missouri Court of Appeals
# Eastern District

OCTOBER 20, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

11.  ED102348   MICHAEL B. SCHLUETER, APP V STATE OF MISSOURI, RES

12.  ED102367 JERRY WISE, APP V STATE OF MISSOURI, RES

13.  ED102474 DANIEL EZERSKY, APP V EDWARD D. JONES & CO, RES

14.  ED102556 EMMER H. RUCKER ET AL APP, V LAWRENCE ALBERT, RES

15.  ED102609 TST HIGHLANDS CHESTERFIELD APP V HAUGE ETAL RES

16.  ED102766 CHUCK FERROS, APP V MICAH FERROS ET AL., DFT

## CORRECTION(S):

1.  ED102446 JOHN W. WOLFNER RES V HERITAGE UNION LIFE INS APP

## WITHDRAWAL(S):

1.  ED102019 GREG WILEY ETAL APP V GREGORY F.X. DALY ETAL RES